(115 So. 74)

**REMINGTON TYPEWRITER CO. v. George HALL. (6 Div. 73.)**

Supreme Court of Alabama. Jan. 12, 1928.

Certiorari to Court of Appeals.

Coleman, Coleman, Spain & Stewart, of Birmingham, for petitioner.

Barber & Barber, of Birmingham, opposed.

SOMERVILLE, J. Petition of the Remington Typewriter Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Remington Typewriter Co. v. Hall, 115 So. 73.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.